Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Asad Ehtisham*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asad Ehtisham, | Case No.:  2:15-cv-02362-JAT |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Experian Information Solutions, Inc., et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC, in the above-captioned case have reached a settlement.

1

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 22nd day of December, 2015.

                          MCDONOUGH & NOWICKI PLLC


                          By: */s/  Nicholas Nowicki*
                          Nicholas Nowicki
                          Attorneys for Plaintiff,
                          Asad Ehtisham