Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Asad Ehtisham*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asad Ehtisham | Case No.: 2:15-cv-02362-JAT |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PORSCHE CARS NORTH AMERICA, ONLY** |
| Experian Information Solutions, Inc., et al. | |
| Defendants. | |

1

**1**  Plaintiff, through counsel undersigned, hereby dismisses the within action

**2**
**3**  against Porsche Cars North America, **<u>ONLY</u>**, with prejudice and without costs to

**4**  either party.

**5**
**6**                                                        KENT LAW OFFICES

**7**
**8**  DATED: January 4, 2016

                                          By:   */s/   Nicholas R. Nowicki*
**9**                                            Nicholas R. Nowicki
                                          Attorney for Plaintiff,
**10**                                           Asad Ehtisham

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**