Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Asad Ehtisham*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|   |   |
|---|---|
| Asad Ehtisham, | Case No.: 2:15-cv-02362-JAT |
| Plaintiff, |   |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC, ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation, Equifax Information Services, LLC a Georgia corporation, Trans Union, LLC, a Delaware limited liability company, Advance Audio, Inc., a Kansas company, CCM Enterprises, LLC, a Kansas company, and Porsche Cars North America, a Georgia Corporation. |   |
| Defendants. |   |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Equifax Information Services, LLC, ONLY, with prejudice and without costs to either party.

                                                MCDONOUGH & NOWICKI PLLC

DATED: January 20, 2016

                                                By: */s/ Nicholas R. Nowicki*
                                                   Nicholas R. Nowicki
                                                   Attorneys for Plaintiff,
                                                   Asad Ehtisham