Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

Attorneys for Plaintiff
ASAD EHTISHAM

Wlliam W. Fife III
Law Office of William Fife, PLC
18521 E. Queen Creek Road
Building 105, Suite 626
Queen Creek, Arizona 85142
Telephone: (480) 656-3924
Facsimile: (480) 619-6238
E-Mail:  william@williamfifelaw.com

Attorneys for Defendants
CCM ENTERPRISES, LLC and ADVANCE AUDIO, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ASAD EHTISHAM,<br><br>        Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; ADVANCE AUDIO, INC.; CCM ENTERPRISES, LLC; and PORSCHE CARS NORTH AMERICA;<br><br>        Defendants. | CASE NO. 2:15-cv-02362-JAT<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CCM ENTERPRISES, LLC** |

1    IT IS HEREBY STIPULATED between Plaintiff ASAD EHTISHAM ("Plaintiff")
2  and Defendant CCM ENTERPRISES, LLC ("Defendant CCM"), through their respective
3  counsel, that Defendant CCM shall be dismissed from the above-entitled action, with
4  prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each
5  party shall bear its own costs and expenses.

6    Respectfully submitted,

8  DATED:  March 21, 2016         MCDONOUGH & NOWICKI PLLC

10                                 By:    */s/ Nicholas R. Nowicki*
                                          Nicholas R. Nowicki
11                                        Attorneys for Plaintiff
                                          ASAD EHTISHAM

14  DATED:  March 21, 2016        LAW OFFICE OF WILLIAM FIFE PLC

16                                 By:    */s/ William W. Fife III*
                                          William W. Fife III
17                                        Attorneys for Defendants
                                          CCM ENTERPRISES, LLC and
18                                        ADVANCE AUDIO, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix the electronic signatures to this document.

DATED: March 21, 2016          LAW OFFICE OF WILLIAM FIFE PLC

                        By:   */s/ William W. Fife III*
                              William W. Fife III
                              Attorneys for Defendants
                              CCM ENTERPRISES, LLC and
                              ADVANCE AUDIO, INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2016, a true and correct copy of the foregoing STIPULATION FOR DISMISSAL OF DEFENDANT CCM ENTERPRISES, LLC was filed through the ECF system, which will send notification of such filing to the following e-mail addresses:

> gary@micreditlawyer.com
> nik@mcnowick.com
> jdessaules@dessauleslaw.com
> gmartin@jonesday.com
> alyson.blatney@strasburger.com
> pwooten1@cox.net
> william@williamfifelaw.com

DATED:  March 21, 2016          LAW OFFICE OF WILLIAM FIFE PLC

By:   */s/ William W. Fife III*
William W. Fife III
Attorneys for Defendants
CCM ENTERPRISES, LLC and
ADVANCE AUDIO, INC.