UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ASAD EHTISHAM, | CASE NO. CV 15-02362-PHX-JAT |
| Plaintiff, | **ORDER OF DISMISSAL OF DEFENDANT CCM ENTERPRISES, LLC** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; ADVANCE AUDIO, INC.; CCM ENTERPRISES, LLC; and PORSCHE CARS NORTH AMERICA; | |
| Defendants. | |

Having considered the Stipulation for Dismissal of Defendant CCM Enterprises, LLC, filed by Plaintiff and Defendant CCM Enterprises, LLC, the Court rules as follows:

**IT IS ORDERED** that the stipulation (Doc. 52) is approved. Defendant CCM Enterprises, LLC (ONLY) is hereby dismissed from the above-entitled action with prejudice. Each party to the stipulation shall bear its own costs and expenses. Because this is not the only remaining Defendant, this case remains pending.

Dated this 24th day of March, 2016.

James A. Teilborg
Senior United States District Judge