TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Asad Ehtisham,*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asad Ehtisham, | Case No.: 2:15-cv-02362-JAT |
| Plaintiff, | Hon. James A. Teilborg |
| vs. | |
| Experian Information Solutions, Inc., et al. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff and Defendants Advance Audio, Inc. and Experian Information

Solutions, Inc. (hereinafter referred to as "Defendants"), through counsel undersigned

and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action

may be dismissed with prejudice against Defendants with each party to bear its own

1

attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 20th day of May, 2016

/s/    Trinette G. Kent          .
TRINETTE G. KENT
NITZKIN & ASSOCIATES
Attorney(s) for Plaintiff
10645 North Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
tkent@kentlawpc.com

/s/   Gregory Martin          .
GREGORY MARTIN
JONES DAY
Attorney for Defendant Experian
12265 El Camino Real, Suite 300
San Diego, CA 92130
(858) 314-1136
gmartin@jonesday.com

/s/  William W. Fife III          .
WILLIAM W. FIFE III
LAW OFFICE OF WILLIAM FIFE
PLC
Attorney for Defendants Advance Audio
and CCM
18521 E. Queen Creek Road
Queen Creek, AZ 85142
(480) 656-3924
william@williamfifelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

1

2   Jonathan A. Dessaules, State Bar No. 019439     TRINETTE G. KENT (State Bar No. 025180)

3   DESSAULES LAW GROUP                              10645 North Tatum Blvd., Suite 200-192
    5353 North 16th Street, Suite 110                Phoenix, AZ 85028
4   Phoenix, Arizona 85016                           Telephone: (480) 247-9644
    jdessaules@dessauleslaw.com                      Facsimile: (480) 717-4781
5                                                    E-mail: tkent@kentlawpc.com
6   and
                                                     and
7   Gregory Martin
    Admitted *pro hac vice*                          Gary D. Nitzkin
8   JONES DAY                                        Admitted *pro hac vice*
    12265 El Camino Real, Suite 300                  NITZKIN & ASSOCIATES
9   San Diego, CA 92130                              22142 West Nine Mile Road
    (858) 314-1136                                   Southfield, MI 48033
10  gmartin@jonesday.com                             Telephone:  (248) 353-2882
                                                     Facsimile:  (248) 353-4840
11
    *Attorneys for Experian*
12                                                   *Attorneys  for Plaintiff*

13
    William W. Fife III
14  LAW OFFICE OF WILLIAM FIFE PLC
    18521 E. Queen Creek Road
15  Queen Creek, AZ 85142
    (480) 656-3924
16  william@williamfifelaw.com

17
    *Attorney for Defendants Advance Audio and*
18  *CCM*

19

20

21                              /s/  Amber Gingiloski

22

23

24

25

26

27

28
                                      3