IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asad Ehtisham,<br><br>             Plaintiff,<br><br>     vs.<br><br>Experian Information Solutions, Inc., et al.<br><br>             Defendants. | CV 15-02362-PHX-JAT<br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

PURSUANT TO STIPULATION (Doc. 59),

IT IS ORDERED that Defendants Advance Audio, Inc. and Experian Information Solutions, Inc. ("Defendants") are dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein. (Because one Defendant remains, this case is still open.)

Dated this 20th day of May, 2016.

*[signature]*

James A. Teilborg
Senior United States District Judge