Alyson V. Blatney
Texas State Bar #24066249
Admitted *Pro Hac Vice*
alyson.blatney@strasburger.com
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
Telephone: (469) 287-3964
Facsimile:  (469) 305-4295

Philip R. Wooten
Arizona State Bar No. 007006
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile:  (480) 598-4331
**Counsel for Defendant Trans Union LLC**

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ASAD EHTISHAM,<br><br>          Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation, TRANS UNION LLC, a Delaware limited liability company; ADVANCE AUDIO, INC., a Kansas company, CCM ENTERPRISES, LLC, a Kansas company, and PORSCHE CARS NORTH AMERICA, a Georgia Corporation,<br>          Defendants. | Case No.:  CV-15-2362-PHX-JAT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

1

TO THE HONORABLE JUDGE TEILBORG:

Plaintiff Asad Ehtisham and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Asad Ehtisham and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated: June 3, 2016                                    Respectfully submitted,

*/s/ Trinette G. Kent*
Trinette G. Kent
tkent@kentlawpc.com
10645 N. Tatum Blvd., Suite 200-192,
Phoenix, AZ 85028
(480) 247-9644
and
Gary Nitzkin
gary@micreditlawyer.com
Nitzkin & Associates
22142 W Nine Mile Rd.
Southfield, MI 48033
248-353-2882
**Counsel for Plaintiff**

Dated: June 3, 2016                                    Respectfully submitted,

*/s/ Alyson V. Blatney*
Alyson V. Blatney (Admitted *Pro Hac Vice*)
Texas State Bar #24066249
alyson.blatney@strasburger.com
Strasburger & Price LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
Telephone: (469) 287-3964
Facsimile: (469) 305-4295

2

7901720.1/SP/83057/2086/060316

and
Philip R. Wooten
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 3 day of June, 2016, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Trinette G. Kent
10645 N. Tatum Blvd., Suite 200-192,
Phoenix, AZ 85028
(480) 247-9644
(480) 717-4781 Fax
tkent@kentlawpc.com
and
Gary Nitzkin
Nitzkin & Associates
22142 W Nine Mile Rd.
Southfield, MI 48033
248-353-2882
248-353-4840 Fax
gary@micreditlawyer.com
*Counsel for Plaintiff*

And I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None

By: /s/ Alyson V. Blatney

3