# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ASAD EHTISHAM,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia corporation, TRANS UNION LLC, a Delaware limited liability company; ADVANCE AUDIO, INC., a Kansas company, CCM ENTERPRISES, LLC, a Kansas company, and PORSCHE CARS NORTH AMERICA, a Georgia Corporation,<br>      Defendants. | Case No.: CV-15-2362-PHX-JAT<br><br>**ORDER DISMISSING DEFENDANT TRANS UNION LLC, ONLY, WITH PREJUDICE** |

    The Court, having considered Plaintiff Asad Ehtisham and Defendant Trans Union LLC's Stipulation for Dismissal with Prejudice (Doc. 61), and for good cause appearing,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Defendant Trans Union LLC, only, with each party to bear its own attorneys' fees and costs.

    / / /

    / / /

    / / /

IT IS FURTHER ORDERED that, because this is the last remaining Defendant, the Clerk of the Court shall close this case.

Dated this 6th day of June, 2016.

James A. Teilborg
Senior United States District Judge